Heather N. Oehlmann (HO 2709)
**PEPPER HAMILTON LLP**
(A Pennsylvania LLP)
Suite 400
301 Carnegie Center
Princeton, New Jersey 08543-5276
(609) 452-0808

Of Counsel:
Brian P. Downey (Pro Hac Vice Admission)
**PEPPER HAMILTON LLP**
*(A Pennsylvania LLP)*
200 One Keystone Plaza
North Front and Market Streets
PO Box 1181
Harrisburg, PA 17108

*Attorneys for Defendant*
*Hartford Life and Accident Insurance Company*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JUDY GENTILE,<br><br>                                Plaintiff,<br><br>-v-<br><br>HARTFORD LIFE INSURANCE CO. and<br>IDT CORPORATION<br><br>                                Defendants. | CIVIL ACTION NO. 07-04489 (PGS-ES)<br><br>STIPULATION OF DISMISSAL<br>PURSUANT TO FED. R. CIV. P. 41 |

### STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff Judy Gentile, and defendant Hartford Life and Accident Insurance Company, by their undersigned counsel, who are duly authorized to enter this Stipulation, having reached an agreement to resolve all outstanding issues between them, hereby agree, pursuant to Federal Rule of Civil Procedure 41(a)(1), to dismiss

with prejudice all claims asserted by Judy Gentile, each party to bear its own attorneys' fees and costs, except as otherwise agreed by the parties.

_____
Karl Kazmierczak
Kazmierczak & Kazmierczak LLP
593 Ramapo Valley Rd
Oakland, NJ 07436
(201) 337-7704

Counsel for Plaintiff Judy Gentile

Dated: May 20, 2008

s/ Heather N. Oehlmann
Heather N. Oehlmann
(HO 2709)
PEPPER HAMILTON LLP
Suite 400
301 Carnegie Center
Princeton, NJ 08543-5276
(609) 452-0808

Brian P. Downey (PA 59891)
PEPPER HAMILTON LLP
200 One Keystone Plaza
North Front and Market Streets
P.O. Box 1181
Harrisburg, PA 17108-1181
(717) 255-1155

Counsel for Defendant Hartford Life and Accident Insurance Company

**IT IS SO ORDERED:**

_____ J.